# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gilman, Ronald L. | U. S. Court of Appeals, Sixth Circuit | 03/19/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. Circuit Judge (Senior Status) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

167 North Main Street, Suite 1176
Memphis, TN 38103

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilman, Ronald L. | 03/19/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilman, Ronald L. | 03/19/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilman, Ronald L. | 03/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Gulf Housing Ltd. Partnership (5 apt. projects in Ala. and Miss.) | A | Interest | J | W | | | | | |
| 2. | B | Rent | | | | | | | |
| 3. FedTrust Federal Credit Union | A | Interest | L | T | | | | | |
| 4. Schwab Cash & Bank Sweep | A | Interest | K | T | | | | | |
| 5. AQR Managed Futures Strategy Fund | | None | | | Sold | 08/22/18 | M | | |
| 6. Barclays Bank iPath Pure Beta | | None | L | T | | | | | |
| 7. Barclays ETN Shiller CAPE | | None | L | T | Buy | 12/03/18 | L | | |
| 8. Blackrock Strategic Income Opportunities Portfolio | A | Dividend | K | T | Buy (add'l) | 08/22/18 | K | | |
| 9. Charles Schwab U.S. REIT | | None | L | T | Buy | 12/27/18 | L | | |
| 10. DFA Emerging Markets Core Equity Portfolio | C | Dividend | M | T | Sold (part) | 03/14/18 | K | D | |
| 11. | | | | | Buy (add'l) | 11/05/18 | J | | |
| 12. DFA International Core Equity | D | Dividend | N | T | Buy (add'l) | 11/05/18 | K | | |
| 13. DFA U.S. Small Cap Value | B | Dividend | M | T | | | | | |
| 14. Doubleline Shiller Enhanced CAPE | B | Dividend | | | Buy | 02/02/18 | L | | |
| 15. | | | | | Sold | 12/03/18 | L | | |
| 16. Fidelity Large Cap Enhanced Index | C | Dividend | L | T | | | | | |
| 17. Fidelity Mid Cap Enhanced Index | D | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilman, Ronald L. | 03/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity Select Software & IT Services | B | Dividend | K | T | Buy | 07/03/18 | K | | |
| 19. Goldman Sachs Note - S&P 500 due 5/23/19 | | None | M | T | Buy | 04/12/18 | M | | |
| 20. Invesco S&P 500 Low Volatility (f/n/a Powershares S&P 500 Low Vol. P.) | A | Dividend | | | Sold (part) | 02/02/18 | L | E | |
| 21. | | | | | Sold | 02/07/18 | J | | |
| 22. Invesco S&P 500 Quality (f/n/a Powershares S&P 500 High Quality P.) | B | Dividend | L | T | Sold (part) | 02/02/18 | J | C | |
| 23. iShares Edge MSCI Int'l Quality | B | Dividend | J | T | Buy | 02/02/18 | L | | |
| 24. | | | | | Sold (part) | 12/27/18 | L | | |
| 25. iShares S&P Midcap 400 Value | C | Dividend | M | T | | | | | |
| 26. iShares Tr. Russell 3000 Index | E | Dividend | O | T | Sold (part) | 03/14/18 | K | E | |
| 27. | | | | | Sold (part) | 11/05/18 | K | D | |
| 28. JP Morgan Chase FINL Equity Limited Note 01/29/18 | | None | | | Sold | 01/29/18 | M | E | |
| 29. JP Morgan Tax Aware Real Return | B | Interest | K | T | Buy (add'l) | 08/22/18 | J | | |
| 30. JP Morgan Ultra-Short Income | A | Dividend | J | T | Buy | 12/11/18 | J | | |
| 31. Matthews Asia Growth | | None | | | Buy | 02/02/18 | L | | |
| 32. | | | | | Sold | 11/30/18 | L | | |
| 33. Morgan Stanley Equity Linked Note due 01/29/18 | | None | | | Sold | 01/29/18 | M | D | |
| 34. Morgan Stanley Note - Emerging Markets due 3/7/19 | | None | | | Buy | 02/02/18 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilman, Ronald L. | 03/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 12/20/18 | L | | |
| 36. Morgan Stanley Note Zero CPN due 2/25/20 | | None | L | T | Buy | 12/21/18 | L | | |
| 37. Pimco Enhanced Short Maturity Strategy | A | Dividend | K | T | | | | | |
| 38. Pimco Investment Grade Corporate | A | Dividend | | | Buy | 01/30/18 | M | | |
| 39. | | | | | Sold | 04/10/18 | M | | |
| 40. Schwab Value Advantage | A | Dividend | | | Buy | 11/05/18 | J | | |
| 41. | | | | | Sold | 12/11/18 | J | A | |
| 42. Stone Ridge Alt. Lending Risk Premium | B | Dividend | K | T | | | | | |
| 43. Stone Ridge Reinsurance Risk Premium Interval | B | Dividend | M | T | | | | | |
| 44. T Rowe Price Summit Int. Term Bond | D | Interest | N | T | Buy (add'l) | 03/14/18 | K | | |
| 45. | | | | | Buy (add'l) | 08/22/18 | K | | |
| 46. Thornburg Ltd. Term Muni | B | Interest | M | T | Buy (add'l) | 03/14/18 | K | | |
| 47. | | | | | Buy (add'l) | 08/22/18 | K | | |
| 48. Tortoise MLP & Pipeline | B | Dividend | J | T | Sold (part) | 12/27/18 | L | | |
| 49. Tortoise North American Pipeline | A | Dividend | L | T | Buy | 12/27/18 | L | | |
| 50. Vanguard FTSE Pacific | A | Dividend | L | T | Buy | 11/30/18 | L | | |
| 51. Vanguard International Dividend | | None | L | T | Buy | 12/27/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilman, Ronald L. | 03/19/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Ltd. Term Tax Exempt (Admiral Share) | B | Interest | L | T | Buy (add'l) | 08/22/18 | K | | |
| 53. Vanguard Meg Cap 300 | | None | | | Sold (part) | 02/02/18 | L | F | |
| 54. | | | | | Sold | 02/07/18 | J | A | |
| 55. Vanguard Real Estate (f/n/a Vanguard REIT) | C | Dividend | J | T | Sold (part) | 12/27/18 | L | | |
| 56. | | | | | | | | | |
| 57. IRA #1 (H) | | | | | | | | | |
| 58. - Schwab Cash & Bank Sweep | A | Interest | J | T | | | | | |
| 59. - Blackrock Strategic Income Opportunities Portfolio | B | Dividend | L | T | Sold (part) | 12/11/18 | J | | |
| 60. - DFA Int'l Core Equity | C | Dividend | M | T | | | | | |
| 61. - DFA Int'l Small Company Port. | B | Dividend | L | T | | | | | |
| 62. - DFA U.S. Small Cap Value | A | Dividend | L | T | Sold (part) | 09/24/18 | J | A | |
| 63. - JP Morgan Strategic Income Oppty. | B | Dividend | L | T | Sold (part) | 12/11/18 | K | | |
| 64. - Stone Ridge Alt. Lending Risk Premium | B | Dividend | K | T | | | | | |
| 65. | | | | | | | | | |
| 66. IRA #2 (H) | | | | | | | | | |
| 67. -Schwab Cash & Bank Sweep | A | Interest | J | T | | | | | |
| 68. AGR Managed Futures | | None | | | Buy | 03/14/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilman, Ronald L. | 03/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 08/22/18 | J | | |
| 70.    -DFA Int'l Small Company Portfolio | A | Dividend | J | T | | | | | |
| 71.    Flexshares iBoxx 5-year Tips Index | A | Dividend | J | T | Buy | 03/14/18 | J | | |
| 72. | | | | | Sold (part) | 12/11/18 | J | | |
| 73.    -Goldman Sachs Equity linked Note due 5/23/19 | | None | K | T | Buy | 04/12/18 | K | | |
| 74.    -iShares Core Moderate Allocation | | None | | | Buy | 03/14/18 | J | | |
| 75. | | | | | Sold | 03/21/18 | J | | |
| 76.    -iShares MSCI U.S. Minimum Volitility Index | | None | | | Sold (part) | 02/02/18 | L | E | |
| 77. | | | | | Sold | 02/07/18 | J | A | |
| 78.    -JP Morgan Strategic Income Opportunity | A | Dividend | K | T | Buy | 03/14/18 | J | | |
| 79. | | | | | Buy (add'l) | 08/22/18 | K | | |
| 80.    -Matthews Asia Growth | A | Dividend | K | T | Buy | 02/02/18 | K | | |
| 81.    -Pimco Investment Grade Corp. Bond Index | A | Dividend | | | Buy | 03/14/18 | K | | |
| 82. | | | | | Sold | 04/10/18 | K | | |
| 83.    -Schwab Value Advantage | A | Dividend | | | Buy | 11/05/18 | J | | |
| 84. | | | | | Sold | 12/11/18 | J | A | |
| 85.    - Stone Ridge Alt. Lending Risk Premium | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilman, Ronald L. | 03/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. -Stone Ridge Reinsurance Risk Premium Interval | A | Dividend | J | T | Buy | 03/21/18 | J | | |
| 87. | | | | | | | | | |
| 88. College Savings Plan (529 account) for Grandchild #1 (H) | | | | | | | | | |
| 89. - Fidelity/Delaware Total Market Index Fund | | None | | | Sold | 11/21/16 | M | E | |
| 90. -Fidelity/Delaware Money Market | | None | M | T | Buy | 11/21/16 | M | | |
| 91. | | | | | | | | | |
| 92. College Savings Plan (529 account) for Grandchild #2 (H) | | | | | | | | | |
| 93. - Fidelity/Delaware Total Market Index Fund | | None | M | T | | | | | |
| 94. | | | | | | | | | |
| 95. College Savings Plan (529 account) for Grandchild #3 (H) | | | | | | | | | |
| 96. - Fidelity/Delaware Total Market Index Fund | | None | M | T | | | | | |
| 97. | | | | | | | | | |
| 98. College Savings Plan (529 account) for Grandchild #4 (H) | | | | | | | | | |
| 99. - Fidelity/Delaware Total Market Index Fund | | None | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Lines 20-21. The name of Powershares S&P 500 Low Volatility Portfolio has been changed to Invesco S&P 500 Low Volatility. It is the same fund.

Part VII, Line 22. The name of Powershares S&P 500 High Quality Portfolio has been changed to Invesco S&P 500 Quality. It is the same fund.

Part VII, Line 55. The name Vanguard REIT has been changed to Vanguard Real Estate. It is the same fund.

Part VII, Lines 89-99. I have shown "None" for "Income during reporting period" for these college savings plans (Sec. 529 accounts) because that information is not generated by Fidelity Investments due to the tax free nature of the accounts. In addition, I had inadvertently failed to report that the investment fund for Grandchild #1 was changed on November 21, 2016 from Fidelity/Delaware Total Market Index Fund to Fidelity/Delaware Money Market.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ronald L. Gilman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544